```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   JESUS GUTIERREZ-LOPEZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-264-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE |
| v. | ) |
| JESUS GUTIERREZ-LOPEZ, | ) Date: September 12, 2008<br>) Time: 9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, JESUS GUTIERREZ-LOPEZ, that the Status Conference hearing date of August 22, 2008, be vacated and a new Status Conference hearing date of September 12, 2008, at 9:00 a.m. be set.

This continuance is requested because defense counsel has received a plea agreement but needs more time to present and discuss it with her client.

It is further stipulated that the period from August 22, 2008, through and including September 12, 2008, should be excluded pursuant

1  to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
2  of counsel and defense preparation.

3  Dated: August 21, 2008                    Respectfully submitted,

4                                            DANIEL J. BRODERICK
                                             Federal Defender
5
                                             */s/ Mary M. French*
6                                            _____
                                             MARY M. FRENCH
7                                            Supervising Assistant
                                             Federal Defender
8                                            Attorney for Defendant
                                             JESUS GUTIERREZ-LOPEZ
9

10 Dated: August 21, 2008                    MCGREGOR W. SCOTT
                                             United States Attorney
11
                                             */s/ Mary M. French for*
12                                               *Daniel S. McConkie*

13                                           _____
                                             DANIEL S. McCONKIE
                                             Assistant U.S. Attorney
14                                           per telephonic authorization

15
                                    **O R D E R**
16
   IT IS SO ORDERED.
17
   Dated:  August 21, 2008
18
19
                                    _____
20                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
21
22
23
24
25
26
27
28

Stip and Order                              2